

FILED
NOV 13 2007

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 07-40084 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| HUMBERTO CHAVEZ-RIVAS, | * | |
| Defendant. | * | |

*******************************************************************

Pending before the Court is the Defendant's Petition to Enter a Plea of Guilty and Factual Basis Statement. A hearing to take the plea was held before the Magistrate Judge on October 23, 2007, and Judge Simko issued a Report and Recommendation recommending to this Court that the plea be accepted and the Defendant be adjudged guilty as charged in the Indictment with Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a). After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the plea is accepted and the Defendant Humberto Chavez-Rivas is adjudged guilty.

Dated this 13th day of November, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Marquilit_
DEPUTY